Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: § | |
| § | |
| Morris Charles Collins, Jr. § | CASE NO. |
| § | |
| § | |
| § | |

### EMPLOYEE INCOME RECORDS PURSUANT TO 11 U.S.C. §521(a)(1)(b)(iv)

NOW COMES Debtor, Morris Charles Collins, Jr., respectfully says to the Court that 11 U.S.C. §521(a)(1)(b)(iv) requires the debtor to file copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor.

☑ Debtor is filing copies of pay stubs from 60 days prior to petition

☐ Debtor is unemployed and is unable to provide copies of pay stubs from 60 days prior to petition date

☐ Debtor is self-employed and is unable to provide copies of pay stubs from 60 days prior to petition date. The name of Debtor(s) business is _____. Debtors' gross income from 60 days prior was _____, and business expenses were _____. Net Income from 60 days prior was _____.

☐ Debtor is retired and received no regular income 60 days prior to petition date

Dated: January 31, 2011

/s/Morris Charles Collins, Jr.



**Text Version**    myPay      Help | Main | Exit

**Printer Friendly Version**     View other LESs 1101    Go

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) COLLINS MORRIS C JR | SOC. SEC. NO. *****0669 | GRADE E8 | PAY DATE 890126 | YRS SVC 22 | ETS 110131 | BRANCH ARMY | ADSN/DSSN 4810 | PERIOD COVERED 1-31 JAN 11 |
|---|---|---|---|---|---|---|---|---|---|

| | ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|---|
| | Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A | BASE PAY | 4726.70 | FEDERAL TAXES | 446.96 | DISCRETIONARY ALT | 1500.00 | +Tot Ent | 6897.54 |
| B | BAS | 325.04 | FICA-SOC SECURITY | 198.52 | DISCRETIONARY ALT | 250.00 | -Tot Ded | 5111.54 |
| C | BAH | 1314.00 | FICA-MEDICARE | 68.54 | AER ALLOT | 5.00 | -Tot Allt | 1786.00 |
| D | CLOTHING | 531.80 | SGLI | 27.00 | INSURANCE ALLOT | 13.00 | =Net Amt | .00 |
| E | | | AFRH | .50 | INSURANCE ALLOT | 18.00 | -Cr Fwd | .00 |
| F | | | STATUS DET | 2477.97 | | | =EOM Pay | .00 |
| G | | | SGLI FAM/SPOUSE | 13.00 | | | | |
| H | | | MID-MONTH-PAY | 1879.05 | | | | |
| I-O | | | | | | | DIEMS 0 | RETPLAN |
| | TOTAL | 6897.54 | | 5111.54 | | 1786.00 | | |

| LEAVE | BF Bal 18.5 | Ernd 10.0 | Used 28 | Cr Bal .5 | ETS Bal .5 | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 | FED TAXES | Wage Period 4726.70 | Wage YTD 4726.70 | M/S M | Ex 02 | Add'l Tax .00 | Tax YTD 446.96 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 4726.70 | | Soc Wage YTD 4726.70 | | Soc Tax YTD 198.52 | | Med Wage YTD 4726.70 | | Med Tax YTD 68.54 | STATE TAXES | St OK | Wage Period .00 | Wage YTD .00 | M/S N | Ex 02 | Tax YTD .00 |
| PAY DATA | BAQ Type W/DEP | BAQ Depn SPOUSE | VHA Zip 73503 | Rent Amt .00 | Share 1 | | Stat R | JFTR | Depns 0 | 2D JFTR | BAS Type | Charity YTD 5.00 | TPC | | PACIDN JK1DQCA0 |

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate 1 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| | | TSP YTD Deductions .00 | | Deferred .00 | | Exempt .00 | | |

**REMARKS:**     YTD ENTITLE **6897.54**     YTD DEDUCT **754.52**

IF TSP ELECTION AMT EXCEEDS NET AMT DUE, TSP WILL NOT BE DEDUCTED.
-TAX TIME IS HERE. VERIFY YOUR TAX INFO AND RETRIEVE YOUR STATEMENTS VIA MYPAY.
-GET YOUR TAX REFUND IN LESS THAN HALF THE TIME WITH IRS E-FILE AND DIRECT DEPOSIT TO YOUR BANK ACCOUNT. GO TO WWW.IRS.GOV AND WWW.FMS.TREAS.GOV/EFT.
-DEADLINE FOR RETRO STOP-LOSS CLAIMS EXTENDED TO MARCH 4,2011. FOR CLAIMS INFO GO TO HTTP://WWW.DEFENSE.GOV/STOPLOSS.
-MULTIPLE STATES MAY HAVE AUTHORIZED BONUSES FOR SOLDIERS/VETERANS. SEARCH YOUR STATE OR VETERAN'S WEBSITE FOR ELIGIBILITY.
-THE ARMYS WANTS YOU AND YOUR FAMILY TO "START SMALL, THINK BIG" IN SUPPORT OF MILITARY SAVES WEEK,FEBRUARY 20-27,2011. FOR MORE INFO VISIT WWW.MILITARYSAVES.ORG.

STATUS DETERMIN HLDPAY BAL $2477.97
USED LEAVE BALANCE ADJUSTED.
CURRENT MONTH LEAVE BALANCE ADJUSTED.
STOP DENTAL 1012 (003)
RATE CHG TSP 110101(001)
STOP DISCRETIONARY ALLOTMENT 1012 (001)
RATE CHG BASIC PAY 110101(001)
RATE CHG BAH 110101(001)
RATE CHG BAS 110101(001)
CHARGE LEAVE 110104-110130(004)
ADVANCE LEAVE 110131(004)
START HELD PAY-STATUS 110110(010)
CLOTHING MAINTENANCE 100201-110131(024)
LONGEVITY UPDATED 110125(024)
BAH BASED ON W/DEP, ZIP 73503
BANK USAA FEDERAL SAVINGS BANK
ACCT # 56204965

WWW.DFAS.MIL

DFAS Form 702, Jan 02